UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

JEANETTE NASH, )
                Plaintiff, )
  v. )         No. CV 15-00047-RAO
)
)
)
CAROLYN W. COLVIN, )         ORDER AWARDING
Acting Commissioner of )         EAJA ATTORNEY FEES
Social Security, )
               Defendant, )

Based upon the parties' Stipulated Motion for the Award and Payment of Equal Access to Justice Act (EAJA) fees and costs ("Stipulation"), IT IS HEREBY ORDERED that Plaintiff shall be awarded attorney fees in the amount of FOUR THOUSAND, FOUR HUNDRED AND TWENTY-FIVE DOLALRS ($4,425.00) under the EAJA, 28 U.S.C. §2412 (d), and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) under 28 U.S.C. § 1920, and subject to the terms and conditions of the Stipulation.

Dated: November 4, 2015        _____
                                       HONORABLE ROZELLA A. OLIVER
                                       UNITED STATES MAGISTRATE JUDGE

I